IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 24-CR-419 |
| v. | 18 U.S.C. § 111(a)(1) |
| DAVID CAMDEN, | |
| Defendant. | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, David Camden, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public. The grounds around the Capitol were posted and cordoned off, and the entire area as well as the Capitol building itself were restricted as that term is used in Title 18, United States Code, Section 1752 due to the fact that the Vice President and the immediate family of the Vice President, among others, would be visiting the Capitol complex that day.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after

2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021, Capitol Riot*

8. In the days preceding January 6, 2021, Camden traveled from his residence in Washington State to Washington D.C. to attend the former president's "Stop the Steal" rally to protest the results of the election. Camden came in response to statements from public officials – including the former president and vice president.

9. After Camden attended the rally, Camden – wearing an olive jacket with a distinct blue collar, dark color beanie, and black backpack – walked to the Capitol and entered the restricted Capitol grounds near the West Front. Once on the West Front, Camden moved to a media tower

assembled for the upcoming inauguration. Once Camden arrived at the media tower, he climbed the tower, and, once at the top, waived a "Three Percenters" flag above other protesters in a manner to display enthusiasm to other rioters.[1] While Camden supported and carried a "Three Percenters" flag with him while in Washington, D.C., including on Capitol grounds, the investigation did not uncover any evidence connecting Camden to the Three Percenters or any similar group.



Image 1: Camden atop a media tower waving a "Three Percenters" flag.

10.  At approximately 1:20 p.m. – nearly twenty minutes after rioters initially breached the restricted Capitol grounds – Camden approached a bike rack barricade separating police officers from rioters on the Capitol's West Front. At this location Camden yelled at officers and forcefully pushed a bike rack barricade into U.S. Capitol Police Officers. In response, officers successfully repelled Camden's advance and deployed a chemical irritant in Camden's direction to preempt further aggression by him. The below images capture these actions.

---

[1] Three Percenters is a far-right, anti-government, militia in the United States and Canada.



*Image 2: Camden approaching the police line.*



*Image 3: Camden pushing a barricade into officers.*



*Image 4: Camden struggling with officers over the barricade.*

11. After this incident, Camden remained on Capitol grounds and joined other protestors on the West Plaza. At approximately 2:11 p.m. Camden deployed a fire extinguisher toward a police line assembled to stop rioters from advancing on the Capitol.



*Image 5: Camden deploying a fire extinguisher at police officers.*



*Image 6: CCTV footage of the cloud resulting from Camden's use of the fire extinguisher.*

### Elements of the Offense

12. The parties agree that **18 U.S.C. § 111(a)(1)** requires the following elements:

    a. Camden assaulted, resisted, opposed, impeded, intimidated, or interfered with an officer from the United States Capitol Police or Metropolitan Police Department;

    b. Camden did such acts forcibly;

    c. Camden did such acts voluntarily and intentionally;

    d. The person assaulted, resisted, opposed, impeded, intimidated, or interfered with was an officer or an employee of the United States who was then engaged in the performance of his or her official duties or assisting officers of the United Staes who were then engaged in the performance of their official duties;

    e. Camden made physical contact with the officers or acted with the intent to commit another felony.

## *Defendant's Acknowledgments*

13. Camden knowingly and voluntarily admits to all the elements as set forth above. Specifically, Camden admits that following the former president's speech on January 6, 2021, he forcibly assaulted officers along a police line on the Lower West Plaza of the U.S. Capitol by pushing a metal police barricade into the line of officers. His conduct was voluntary and intentional. As Camden assaulted officers by pushing a police barricade into officers, he made physical contact with the officers as described above. Additionally, Camden carried out the assault with the intent to commit another felony; specifically, to obstruct officers during a civil disorder in violation of 18 U.S.C. § 231.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Eli J. Ross
Eli Ross
Assistant United States Attorney
Bar No. IL 6321411
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 297-1515
Email: Eli.Ross@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, David Camden, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 9/17/2024

David Camden
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 9/27/24

Charles Burnham
Attorney for Defendant