# IN THE UNTIED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | No. 1:24-CR-419 |
| | : | |
| DAVID CAMDEN | : | |
| | : | |
| | : | |

## MOTION TO CONTINUE SENTENCING HEARING

Defendant David Camden hereby moves this Court for a brief continuance of his sentencing hearing currently scheduled for January 10. In support of this request, Mr. Camden asserts the following:

1. Mr. Camden pled guilty to one count of assault on law enforcement under 18 U.S.C. § 111(a). He is a military veteran with criminal history zero and is not alleged to have entered the building or caused injury. He pled guilty pre indictment and has been abiding by the terms of his pretrial release.

2. Following the November 6 election, many January 6 defendants filed motions to continue trials or hearings in anticipation of changes in DOJ policy and/or clemency actions. Mr. Camden did not immediately file a motion in part because, as many judges noted, the effect of the change in administration at that point was still uncertain.

3. However, over the past week, the President elect has made a number of public statements that he will announce a policy of clemency with respect to January 6 cases "on day one" or "very quickly." These specific statements are a material change in circumstance that make a request for continuance appropriate.

4. To be sure, it is not guaranteed that Mr. Camden's case will be concluded through clemency action either on January 20 or after. However, even in that circumstance, the parties may wish to brief, and the Court may wish to consider, the effect of clemency action on Mr. Camden's § 3553 analysis. For example, the new administration's clemency policy may have a material effect on unwarranted sentence disparities, just punishment or respect for the law.

5. A brief continuance of just a few weeks will allow the parties to address the clemency policy in their sentencing memorandums without prejudicing the government or unduly delaying the proceedings.

6. In addition, a brief continuance will allow the parties to be relieved of the burden of preparing sentencing filings during the Holiday week leading up until January 3.

7. Finally, as the Court noted at the plea hearing, there remains the possibility that traffic, additional security, protest activity, or other such one time events may disrupt travel and court operations during the January 6 – January 20 time

period. In addition, anecdotally, other defendants and lawyers have reported an increase in hotel and travel costs for that time period. Mr. Camden is a resident of Arkansas and was fired from his job because of this case.

8. The government opposes this request.

For the foregoing reasons, Mr. Camden respectfully requests a brief continuance of his sentencing hearing to a date convenient for the parties and the Court.

Respectfully submitted,

By: /s/ Charles Burnham
Charles Burnham, Esq.
DC Bar 1003464
BURNHAM & GOROKHOV, PLLC
1634 I Street NW, Suite 575
Washington, DC 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
charles@burnhamgorokhov.com